**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee/Cross-Appellant,*

v.

GINO GONZAGA RODRIQUEZ,
*Defendant-Appellant/Cross-Appellee.*

Nos. 04-30397
04-30494

D.C. No.
CR-03-00142-
RHW
Eastern
District of
Washington,
Spokane

ORDER

On Remand from the United States Supreme Court

Filed July 7, 2008

Before: Johnnie B. Rawlinson and Richard R. Clifton,
Circuit Judges, and Consuelo Marshall,* District Judge.

---

## ORDER

This case is hereby resubmitted.

Pursuant to the judgment of the United States Supreme Court issued on May 19, 2008 in *United States v. Rodriquez,* ___ U.S. ___, 128 S.Ct. 1783, we vacate our opinion at 464 F.3d 1072 (9th Cir. 2006), vacate the district court's decision, and remand to the district court for further proceedings consistent with the opinion of the Supreme Court.

---

*The Honorable Consuelo Marshall, Senior United States District Judge for the Central District of California, sitting by designation.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.